UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M SEATON,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:26-cv-03276-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING *NUNC PRO TUNC* PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 9) |

Plaintiff Christopher M. Seaton ("Plaintiff") initiated this action with the filing of a complaint on April 29, 2026, seeking review of the final decision of the Commissioner of Social Security denying disability benefits. (Doc. 1). That same day, the Court entered the scheduling order, setting forth dates and deadlines for the filing of the administrative record and of cross-motions for summary judgment. (Doc. 3. On June 24, 2026, Defendant filed a copy of the administrative record. (Doc. 8).

On July 28, 2026—four days past the deadline for filing a motion for summary judgment (*i.e.*, July 24, 2026)—Plaintiff instead filed a stipulated request for a four-day extension of the filing deadline *nunc pro tunc* to July 28, 2026. (Doc. 9). Counsel for Plaintiff represents that the extension is necessary because he inadvertently marked the motion as filed when it had not yet been filed, and that counsel discovered the error upon audit of the case files. *Id.* at 2.

Based on counsel for Plaintiff's representations, the Court finds good cause to grant the

request *nunc pro tunc* for Plaintiff to file the motion for summary judgment. *See* (Doc. 10).

**Conclusion and Order**

Accordingly, for the reasons set forth in Plaintiff's stipulation and for good cause shown, IT IS HEREBY ORDERED:

1. Plaintiff's due date for filing a motion for summary judgment is extended *nunc pro tunc* from July 24, 2026, to **July 28, 2026**; and
2. The Court's Scheduling Order (Doc. 3) shall continue to govern the filing of any response and/or reply brief.

IT IS SO ORDERED.

Dated: **August 3, 2026**

UNITED STATES MAGISTRATE JUDGE