UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M SEATON,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 1:26-cv-03276-CDB (SS)<br>ORDER ON STIPULATION EXTENDING *NUNC PRO TUNC* DEFENDANT'S TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br>(Doc. 13) |

Plaintiff Christopher M. Seaton ("Plaintiff") initiated this action with the filing of a complaint on April 29, 2026, seeking review of the final decision of the Commissioner of Social Security denying disability benefits. (Doc. 1). That same day, the Court entered the scheduling order, setting forth dates and deadlines for the filing of the administrative record and of cross-motions for summary judgment. (Doc. 3. On June 24, 2026, Defendant filed a copy of the administrative record. (Doc. 8). On July 28, 2026, Plaintiff filed a motion for summary judgment. (Doc. 10).

On August 28, 2026—the day after Defendant's deadline to file a response to Plaintiff's motion for summary judgment (*i.e.*, August 27, 2026)—Defendant instead filed a stipulated request for a 14-day extension of the filing deadline *nunc pro tunc* to September 10, 2026. (Doc. 13). Counsel for Defendant represents that the extension is necessary because her calendaring error led her to believe Defendant's deadline to file a response was on August 28, 2026. *Id.* at 1-2.

Defendant's counsel further represents that she has been diligent in her work as she has completed four responsive briefs and five settlement memoranda in the last four weeks and has 12 upcoming responsive briefs in the next four weeks. *Id.* at 2. Defendant's counsel therefore requests a two-week extension out of an abundance of caution to file Defendant's response and apologizes to Plaintiff and the Court for the delay in filing. *Id.*

Based on counsel for Defendant's representations, the Court finds good cause to grant the request *nunc pro tunc* for Defendant to file a response to Plaintiff's motion for summary judgment. *See* (Doc. 10).

**Conclusion and Order**

Accordingly, for the reasons set forth in Defendant's stipulation and for good cause shown, IT IS HEREBY ORDERED:

1. Defendant's due date for filing a response to Plaintiff's motion for summary judgment is extended *nunc pro tunc* from August 27, 2026, to **September 10, 2026**; and
2. Any optional reply by Plaintiff shall be filed in accordance with the Court's scheduling order. (Doc. 3 ¶ 5).

IT IS SO ORDERED.

Dated: **August 31, 2026**

UNITED STATES MAGISTRATE JUDGE